CARLTON, J.,
Concurring in Part, Dissenting in Part.
¶ 32. The closing date specified in the contract passed, but no closing occurred. Therefore, the contract expired by its own terms, and in my view, the contract was therefore unenforceable. I do not find the gift-equity letter sufficient in its terms to constitute an extension of the contract. Hence, I respectfully dissent as to the majority’s affirmance of specific performance of the contract.
¶ 33. I do, however, agree with the majority that the gift-equity letter fails to constitute a completed inter vivos gift, since the equity in the home was never transferred to complete the asserted intended gift.
¶ 34. Therefore, I concur in part and dissent in part.
KING, C.J., Joins this Opinion.